UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY- CAMDEN VICINAGE

LAW OFFICES OF MICHAEL J. DUNN, LLC
BY: ELIZABETH A. DALBERTH, ESQUIRE
Two Executive Campus, Suite 402
2370 Route 70 West
Cherry Hill, New Jersey 08002
(856) 317-7600

Attorney for Defendant, Sharon Fox

| | |
|---|---|
| THREASTON E. WARREN, JR., MARJORIE K. WARREN and CONTINENTAL AGGREGATE CORP., LLC | : |
| Plaintiffs | : |
| vs. | : CIVIL ACTION |
| ALBERT W. FISHER, III, ROBERT HOWELL, JOSEPH J. HANNAGAN, JR., MICHAEL GIBSON, SHARON FOX, and THE TOWNSHIP OF QUINTON | : NO: 1:10-cv-05343 (JBS) (KMW) |
| Defendants | : |

## CONSENT ORDER

THIS MATTER having been brought before the Court by Elizabeth A. Dalberth, Esquire, of the Law Offices of Michael J. Dunn, LLC, attorneys for the defendant Sharon Fox, with the consent of John Patrick Kahn, Esquire, of Archer & Greiner, PC, attorneys for plaintiff, Continental Aggregate Corp., LLC, and Tracey F. Oandasan, Esquire, of Oandasan & Cooper, P.C., attorneys for plaintiffs Threaston E. Warren, Jr., and Marjorie K. Warren, and the Court having considered the matter and for good cause shown;

IT IS on the 6th day of January 2011 HEREBY ORDERED and DECREED that Sharon Fox hereby withdraws her pending Motion to Dismiss the Complaint, docketed at ECF Doc. 10;

**IT IS ALSO HEREBY ORDERED and DECREED** that defendant Sharon Fox may file a Motion to Dismiss the First Amended Complaint on or before January 12, 2011.

By: _/s/ Tracey F. Oandasan_
Tracey F. Oandasan, Esquire
Attorney for Plaintiffs Threaston E. Warren and Marjorie K. Warren

Dated: 12/21/10

By: _/s/ John Patrick Kahn_
John Patrick Kahn, Esquire
Attorney for Plaintiff Continental Aggregate Corp., LLC

Dated: 12/21/10

By: _/s/ Elizabeth A. Dalberth_
Elizabeth A. Dalberth, Esquire
Attorney for Defendant Sharon Fox

Dated: 12/31/10

APPROVED AND SO ORDERED THIS
6th DAY OF January, 2011

_/s/ Jerome B. Simandle_
Jerome B. Simandle, USDJ