```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| THREASTON WARREN, JR., et al., | |
| Plaintiffs, | Civil Action |
| | No. 10-5343 (JBS/KMW) |
| v. | |
| ALBERT FISHER, III, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court on the motion of Defendant Michael Gibson to dismiss, as to himself, Counts 4, 5, 6, 8, and 14 of the Amended Complaint [Docket Item 28], and on the motion of Defendant Sharon Fox to dismiss as to herself, counts 1-11 and 13 [Docket Item 31]; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this __**12th**__ day of **September, 2011** hereby

ORDERED that Defendant Fox's motion to dismiss as to herself counts 1-11 and 13 of the Amended Complaint is <u>GRANTED</u>; the claims will be dismissed without prejudice; and it is further

ORDERED that Defendant Gibson's motion to dismiss as to himself counts 4, 5, 6, 8, and 14 is <u>GRANTED</u>; the claims will be dismissed without prejudice.

                                   _s/ Jerome B. Simandle_
                                   JEROME B. SIMANDLE
                                   U.S. District Judge