IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| THREASTON WARREN, JR., et al., | |
| Plaintiffs, | Civil Action No. 10-5343 (JBS/KMW) |
| v. | |
| ALBERT FISHER, III, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court on the motion for judgment on the pleadings and a motion for partial summary judgment [Docket Item 85] brought by Defendants Albert W. Fisher III, Joseph J. Hannagan, Jr., and Robert Howell; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this __**19th**__ day of __**March**__, **2013** hereby

ORDERED that the motion for judgment on the pleadings as to Count I (Equal Protection) and Count IV (civil Conspiracy) is GRANTED WITHOUT PREJUDICE in favor of the moving defendants; Plaintiffs will have thirty (30) days from the date of entry of this Order to file a motion to seek leave to file an amended complaint curing the pleading deficiencies noted in the Opinion of today's date; and it is further

ORDERED that the motion for judgment on the pleadings as to Counts II, III & IV is GRANTED with prejudice in favor of the moving defendants; and it is further

ORDERED that the motion for summary judgment on Counts V & VII is GRANTED as to the moving defendants.

  _s/ Jerome B. Simandle_
  JEROME B. SIMANDLE
  Chief U.S. District Judge